UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO MONCION RODRIGUEZ,

                Petitioner,          23-cv-242 (JGK)

      - against -                  ORDER

ORANGE COUNTRY CORRECTIONAL
FACILITY, ET AL.,

                Respondents.

---

JOHN G. KOELTL, District Judge:

    The pro se petitioner in this action is presently confined at the Orange County Correctional Facility in Goshen, New York. It appears that the petitioner has had to rely on his wife, Yulissa Alvarez, to file the original petition and serve the defendants on his behalf. See ECF No. 1 at 9; ECF No. 5 at 1, 4. To ensure that the petitioner is apprised of all developments in this action, the Court respectfully directs the Clerk's Office to add Ms. Alvarez's mailing address, 74 Bellevue Avenue, Providence, RI 02907, to the docket as the petitioner's second address of record. Going forward, all papers mailed to the petitioner should be sent to both this address and the Orange County Correctional Facility address.

    The Clerk is further directed to mail a copy of this Court's Order to Amend (ECF No. 3) to the Rhode Island address above.

SO ORDERED.

Dated:    New York, New York
            January 25, 2023

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                           United States District Judge