UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO MONCION RODRIGUEZ,

                Petitioner,

-against-

WARDEN, Orange County Correctional Facility; ALEJANDRO MAYORKAS, Secretary, Homeland Sec,

                Respondents.

1:23-CV-0242 (JGK)

ORDER TO ANSWER, 28 U.S.C. § 2241

JOHN G. KOELTL, United States District Judge:

The Court, having examined the amended petition in this action, which has been filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the amended petition. Petitioner or the next friend may file reply papers, if any, within 30 days from the date Petitioner or the next friend is served with Respondents' answer.

SO ORDERED.

Dated:
    New York, New York
    2/3/23

                                                  JOHN G. KOELTL
                                                  United States District Judge