```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ANTONIO MONCION RODRIGUEZ,

            Petitioner,         23-cv-242 (JGK)

   - against -               ORDER

ORANGE COUNTRY CORRECTIONAL
FACILITY, ET AL.,

            Respondents.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    In view of the government's advice about the imminent removal of the petitioner, the government's time to respond to the petition is accelerated to Wednesday, **March 8, 2023.** Any reply by the petitioner should be submitted by Monday, **March 13, 2023.** The government should also promptly advise whether it would remove the petitioner while the petition is still pending. Cf. In re Immigr. Petitions for Rev. Pending in U.S. Ct. of Appeals for Second Cir., 702 F.3d 160, 162 (2d Cir. 2012) ("While a petition is pending in this Court, the Government's forbearance policy has assured that removal will not occur.").

    The Clerk of Court is directed to mail a copy of this Order to the petitioner and his next friend at both addresses listed on the docket.

**SO ORDERED.**

**Dated:**    New York, New York
           March 1, 2023

                                          /s/ John G. Koeltl
                                              John G. Koeltl
                                     United States District Judge