```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

ANTONIO MONCION RODRIGUEZ,

              Petitioner,         23-cv-242 (JGK)

    - against -                 ORDER

ORANGE COUNTRY CORRECTIONAL
FACILITY, ET AL.,

              Respondents.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The petitioner is advised that it is possible that the only court with jurisdiction to stay his removal, if any, is the Court of Appeals for the Second Circuit or the Court of Appeals for the district that issued the removal order.

The Clerk is directed to mail a copy of this Order to the pro se petitioner at both addresses listed on the docket.

**SO ORDERED.**

**Dated:**    New York, New York
            March 6, 2023      /s/ John G. Koeltl

                                              **John G. Koeltl
                                       United States District Judge**