**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTONIO MONCION RODRIGUEZ,

                                Plaintiff,                          23 **CIVIL** 242 (JGK)

          -against-                                                          **JUDGMENT**

WARDEN, ORANGE COUNTY
CORRECTIONAL FACILITY, ET AL.,

                                Defendants.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 23, 2023, the Court has

considered all of the arguments presented in the papers. To the extent not specifically addressed,

the arguments are either moot or without merit.  The Petition is dismissed for lack of jurisdiction;

accordingly, the case is closed.

**DATED:**  New York, New York
          March 24, 2023


                                                    **RUBY J. KRAJICK**
                                        _____
                                                    **Clerk of Court**
                          **BY:**        K. Mango
                                        _____
                                                    **Deputy Clerk**